UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Magistrate No.  20-16122 |
| SHAKIRA KISIJARA | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 9452268, against defendant Shakira Kisijara; which was filed July 5, 2020, charging her with: Criminal Possession of a Controlled Dangerous Substance, for the reason that prosecution of defendant Shakira Kisijara being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Shakira Kisijara of the Pretrial Diversion Program.  If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

Philip Sellinger
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated:  7/26/22